**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| COURT OF COMMON PLEAS OF MONTGOMERY COUNTY, PA, | : | No. 197 MM 2017 |
| | : | |
| | : | |
| Respondent | : | |
| | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| | : | |
| PERRY LAMONT WALLACE, | : | |
| | : | |
| Petitioner | : | |

## ORDER

**PER CURIAM**

      **AND NOW**, this 26th day of January, 2018, the Application for Leave to File Original Process is GRANTED, and the Petition for Writ of Mandamus and/or Extraordinary Relief and the Application for an Immediate Hearing are DENIED.